| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Phillip C. Rhodes** | Social Security number or ITIN | xxx–xx–8105 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Allison M. Rhodes** | Social Security number or ITIN | xxx–xx–2578 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13 | 12/18/19 |
| Case number: | 19–24823–CMB | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Phillip C. Rhodes | Allison M. Rhodes |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1434 Greystone Drive<br>Pittsburgh, PA 15206 | 1434 Greystone Drive<br>Pittsburgh, PA 15206 |
| 4. | **Debtor's attorney**<br>Name and address | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: chris.frye@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 12/23/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 27, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/27/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/26/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/15/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/27/20** at **02:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                                  Case No. 19-24823-CMB
Phillip C. Rhodes                                                                       Chapter 13
Allison M. Rhodes
          Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-2           User: aala                   Page 1 of 2                  Date Rcvd: Dec 23, 2019
                               Form ID: 309I                Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb        +Phillip C. Rhodes,    Allison M. Rhodes,    1434 Greystone Drive,    Pittsburgh, PA 15206-1158
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty           +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1945
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr            +KeyBank N.A. as s/b/m to First Niagara Bank N.A.,    4910 Tiedeman Road,
                Brooklyn, OH 44144-2338
15172803      +2414 Morgan Development,    215 N Highland Ave,    Pittsburgh, PA 15206-3061
15172810       Bank of America,    PO Box 15796,    Wilmington, DE 19886-5796
15172811      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
15172814       Chase Amazon,    Cared Member Services,    PO Box 1423,    Charlotte, NC 28201-1423
15172821      +Citi/Sears,    Po Box 6217,    Sioux Falls, SD 57117-6217
15172822      +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15172826      +Citizens Bank,    ROP-450,    PO Box 7000,    Providence, RI 02940-7000
15172825      +Citizens Bank,    PO Box 9665,    Providence, RI 02940-9665
15172827       Citizens Bank,    PO Box 18290,    Bridgeport, CT 06601-3290
15172828      +Color Me Mine,    3722 San Fernando Rd,    Glendale, CA 91204-2919
15172829       Department of Labor & Industry,    Office of Chief Counsel,
                Tenth Floor-Labor and Industry Building,    651 Boas Street,    Harrisburg, PA 17121-0750
15172831       First Bankcard,    PO Box 2557,    Omaha, NE 68103-2557
15172833      +First National Bank,    Attn: Bankruptcy,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
15172832      +First National Bank,    P.o. Box 3412,    Omaha, NE 68197-0001
15172836       KeyBank Commerical Loan Dept,    PO Box 94525,    Cleveland, OH 44101-4525
15172838      +Keybank/usb Cc,    Attn: Bankruptcy,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
15172839      +Lando, Weisberg Kelley & Co., PC,    6315 Forbes Ave,    Pittsburgh, PA 15217-1745
15172841      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
15172840      +Mr. Cooper,    350 Highland,    Houston, TX 77009-6623
15172843      +PHLF,    100 West Station Square Capital,    Corporation,    Pittsburgh, PA 15219-1175
15172845      +Pittsburgh City and School District,    c/o Jordan Tax Service,    102 Rahway Road,
                McMurray, PA 15317-3349
15172846      +RBS Citizens CC,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
15172847      +RBS Citizens Cc,    1 Citizens Dr.,    Ms: Rop 15b,    Riverside, RI 02915-3035
15172857      +USDOE/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
15172858      +USDOE/GLELSI,    Attn: Bankruptcy,    Po Box 7860,    Madison, WI 53707-7860
15172856       University of Pittsburgh,    127 Thackery Hall,    Attn: Collections,    Pittsburgh, PA 15260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: chris.frye@steidl-steinberg.com Dec 24 2019 08:25:49     Christopher M. Frye,
                Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2019 08:27:08     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 24 2019 08:27:19
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr            +E-mail/Text: kburkley@bernsteinlaw.com Dec 24 2019 08:28:10     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
cr            +EDI: PRA.COM Dec 24 2019 10:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15172806       EDI: AMEREXPR.COM Dec 24 2019 10:53:00      Amex,   PO Box 1270,    Newark, NJ 07101-1270
15172807      +EDI: AMEREXPR.COM Dec 24 2019 10:53:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                El Paso, TX 79998-1540
15172804      +EDI: AMEREXPR.COM Dec 24 2019 10:53:00      Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
15172808       EDI: BANKAMER.COM Dec 24 2019 10:53:00      Bank of America,    Po Box 982238,
                El Paso, TX 79998
15172818      +EDI: CHASE.COM Dec 24 2019 10:53:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
15172815      +EDI: CHASE.COM Dec 24 2019 10:53:00      Chase Card Services,    Po Box 15369,
                Wilmington, DE 19850-5369
15172823      +EDI: CITICORP.COM Dec 24 2019 10:53:00      Citibank/The Home Depot,    Po Box 6497,
                Sioux Falls, SD 57117-6497
15172824      +EDI: CITICORP.COM Dec 24 2019 10:53:00      Citibank/The Home Depot,
                Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
15172830       EDI: RMSC.COM Dec 24 2019 10:53:00      Dicks MC,   Synchrony Bank,    PO Box 960012,
                Orlando, FL 32896-0012
15172834       EDI: IRS.COM Dec 24 2019 10:53:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
15172835      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 24 2019 08:27:38     Keybank,
                4910 Tiedeman Road,    Brooklyn, OH 44144-2338
15172837      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 24 2019 08:27:38     Keybank NA,
                4910 Tiedeman Road,    Brooklyn, OH 44144-2338
```

```
District/off: 0315-2              User: aala                 Page 2 of 2                    Date Rcvd: Dec 23, 2019
                                  Form ID: 309I              Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15172842       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2019 08:27:08     PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0946
15172848       +EDI: RMSC.COM Dec 24 2019 10:53:00      Syncb/Google,    Po Box 965022,   Orlando, FL 32896-5022
15172850       +EDI: RMSC.COM Dec 24 2019 10:53:00      Syncb/PPC,    Po Box 965005,   Orlando, FL 32896-5005
15172851       +EDI: RMSC.COM Dec 24 2019 10:53:00      Syncb/PPC,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
15172849       +EDI: RMSC.COM Dec 24 2019 10:53:00      Syncb/google,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
15173467       +EDI: RMSC.COM Dec 24 2019 10:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15172853       +EDI: RMSC.COM Dec 24 2019 10:53:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
15172852       +EDI: RMSC.COM Dec 24 2019 10:53:00      Synchrony Bank/Care Credit,    P.o. Box 965005,
                 Orlando, FL 32896-5005
15172855       +EDI: RMSC.COM Dec 24 2019 10:53:00      Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
15172854       +EDI: RMSC.COM Dec 24 2019 10:53:00      Synchrony Bank/TJX,    Po Box 965015,
                 Orlando, FL 32896-5015
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
15172805*      +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
15172813*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 982238,   El Paso, TX 79998-2238)
15172809*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    Po Box 982238,   El Paso, TX 79998)
15172812*      +Bank of America,    4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
15172819*      +Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
15172820*      +Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
15172816*      +Chase Card Services,    Po Box 15369,   Wilmington, DE 19850-5369
15172817*      +Chase Card Services,    Po Box 15369,   Wilmington, DE 19850-5369
15172844*      +PHLF,   100 West Station Square Capital,    Corporation,   Pittsburgh, PA 15219-1175
                                                                                             TOTALS: 1, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Phillip C. Rhodes chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Allison M. Rhodes chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 6
```