IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Phillip C. Rhodes | ) Case No. 19-24823 CMB |
| Allison M. Rhodes, | ) Chapter 13 |
| Debtor(s) | ) Document No. WO-1 |
| | ) |
| | ) Related to Docket No. 19 |
| Phillip C. Rhodes, | ) |
| Movant(s) | ) |
| | ) |
| Social Security No. XXX-XX- 8105 | ) |
| | ) |
| vs. | ) |
| | ) |
| Rand Corporation and | ) |
| Ronda J. Winnecour, Trustee | ) |
| Respondent(s) | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 2, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee          Phillip C. Rhodes
Suite 3250 – US Steel Tower          1434 Greystone Drive
600 Grant Street                     Pittsburgh, PA 15206
Pittsburgh, PA 15219

Rand Corporation
Attn: Payroll
1776 Main Street
PO Box 2138
Santa Monica, CA 90407-2138

Date of Service: January 2, 2020      /s/ Christopher M. Frye
                                                       Christopher M. Frye, Esquire
                                                       Attorney for the Debtor
                                                       STEIDL & STEINBERG
                                                       Suite 2830, Gulf Tower
                                                       707 Grant Street
                                                       Pittsburgh, PA 15219
                                                       (412) 391-8000
                                                       Chris.frye@steidl-steinberg.com
                                                       PA I.D. No. 208402