IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>)<br>Phillip C. Rhodes )<br>Allison M. Rhodes, )<br>    Debtor(s) )<br>)<br>)<br>)<br>Allison M. Rhodes, )<br>    Movant(s) )<br>)<br>vs. )<br>)<br>)<br>KeyBank N.A., as S/B/M to )<br>First Niagara Bank, NA )<br>    Respondent(s) )<br>) | Case No. 19-24823 CMB<br>Chapter 13<br><br>Related Docket No. 37<br><br><br><br><br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, to wit, this __28th__ day of __July__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED, that the Respondent's claim, claim no.16, in the amount of $37,058.08 is deemed fully unsecured and is to be treated and paid at the same rate as all non-priority unsecured claims under the terms of the Chapter 13 plan.

FILED
7/28/20 7:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Phillip C. Rhodes
Allison M. Rhodes
    Debtors

Case No. 19-24823-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jul 28, 2020
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
db/jdb          +Phillip C. Rhodes,    Allison M. Rhodes,    1434 Greystone Drive,    Pittsburgh, PA 15206-1158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
          Christopher M. Frye     on behalf of Debtor Phillip C. Rhodes chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Christopher M. Frye     on behalf of Joint Debtor Allison M. Rhodes chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          James Warmbrodt     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
          Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                         TOTAL: 7