IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-24823-CMB |
| Phillip C. Rhodes ) | |
| Allison M. Rhodes ) | |
| ) | Chapter 13 |
| Debtors ) | Document No. _____ |
| ) | Related to Document No. 39 |

## CONSENT ORDER MODIFYING JULY 1, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated July 1, 2020 it is

ORDERED that Part "1.H." be amended to remove the following: KeyBank (Claim #16) shall govern with all payment changes of record. It is further

ORDERED that Part "1.H." be amended to add the following: KeyBank N.A. (Claim #9) shall govern with all payment changes of record.

The July 1, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Judge Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Christopher Frye
Christopher Frye, Esquire (PA I.D. #208402)
Attorney for debtor
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Chris.frye@steidl-steinberg.com