**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| PHILLIP C. RHODES | Case No. 19-24823CMB |
| ALLISON M. RHODES | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| INTERNAL REVENUE SERVICE* | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| INTERNAL REVENUE SERVICE* | Court claim# /Trustee CID# 7 |
| CENTRALIZED INSOLVENCY-TRUSTEE | |
| REMITS | |
| PO BOX 7317 | |
| PHILADELPHIA, PA 19101-7317 | |

The Movant further certifies that on 11/19/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| **DEBTOR(S):**<br>PHILLIP C. RHODES, ALLISON M. RHODES, 1434 GREYSTONE DRIVE, PITTSBURGH, PA  15206 | **DEBTOR'S COUNSEL:**<br>CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219 |
| **ORIGINAL CREDITOR'S COUNSEL:**<br>INTERNAL REVENUE SERVICE, OFFICE OF DISTRICT COUNSEL, 1000 LIBERTY AVE RM 806, PITTSBURGH, PA  15222 | **ORIGINAL CREDITOR:**<br>INTERNAL REVENUE SERVICE*, CENTRALIZED INSOLVENCY-TRUSTEE REMITS, PO BOX 7317, PHILADELPHIA, PA  19101-7317 |
| **NEW CREDITOR:** | |