**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In Re: | )  No.  19-24823-CMB |
| PHILLIP C. RHODES and | ) |
| ALLISON M. RHODES | ) |
|  | ) |
| Debtors. | )  Chapter 13 |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
| INTERNAL REVENUE SERVICE, | ) |
|  | ) |
| Movant | )  Related to Doc. No. 58 |
|  | ) |
| v. | ) |
|  | ) |
| PHILLIP C. RHODES and | ) |
| ALLISON M. RHODES | ) |
|  | ) |
| Respondents. | ) |
|  | ) |

**O R D E R**

AND NOW, this __7th__ day of __January__, 20 _21_, upon consideration of the

Consent Motion to Allow the IRS to file a Proof of Claim Out of Time, IT IS HEREBY

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the IRS is to file its proof of claim within twenty days

of the granting of this order.  The IRS claim will be deemed timely filed.

_Carlota M. Böhm_
dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
1/7/21 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24823-CMB

Phillip C. Rhodes                                                       Chapter 13

Allison M. Rhodes

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: aala                          Page 1 of 2
Date Rcvd: Jan 07, 2021                       Form ID: pdf900                     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID           Recipient Name and Address**
db/jdb         +    Phillip C. Rhodes, Allison M. Rhodes, 1434 Greystone Drive, Pittsburgh, PA 15206-1158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15172834 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jan 08 2021 04:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Debtor Phillip C. Rhodes chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r530 37@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | |

District/off: 0315-2                                   User: aala                                   Page 2 of 2
Date Rcvd: Jan 07, 2021                          Form ID: pdf900                              Total Noticed: 2

on behalf of Joint Debtor Allison M. Rhodes chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r530
37@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Jill Locnikar

on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 8