# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/31/2021

IN RE:

PHILLIP C. RHODES
ALLISON M. RHODES
1434 GREYSTONE DRIVE
PITTSBURGH, PA 15206
XXX-XX-8105        Debtor(s)

XXX-XX-2578

Case No.19-24823 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapt 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee 's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

8/31/2021

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**SYNCHRONY BANK**
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021

NORFOLK, VA  23541

Trustee Claim Number:1   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT:  PAYPAL/PRAE

CRED DESC:  NOTICE ONLY
ACCOUNT NO.: 6819

---

**BERNSTEIN BURKLEY PC**
601 GRANT ST - 9TH FL

PITTSBURGH, PA  15219

Trustee Claim Number:2   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT:  DUQ LITE/PRAE

CRED DESC:  NOTICE ONLY
ACCOUNT NO.:

---

**KML LAW GROUP PC***
701 MARKET ST STE 5000

PHILADELPHIA, PA  19106

Trustee Claim Number:3   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT:  NATIONSTAR~MR COOPER/PRAE

CRED DESC:  NOTICE ONLY
ACCOUNT NO.:

---

**KEYBANK NA S/B/M FIRST NIAGARA BANK NA**
PO BOX 94968

CLEVELAND, OH  44101

Trustee Claim Number:4   INT %: 0.00%
Court Claim Number:9-2

CLAIM: 0.00
COMMENT:  PMT/DECL*DK4PMT-LMT*DK*AMD

CRED DESC:  MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 1703

---

**MIDFIRST BANK SSB***
ATTN BANKRUPTCY TRUSTEE PMTS*
999 NW GRAND BLVD STE 100

OKLAHOMA CITY, OK  73118

Trustee Claim Number:5   INT %: 4.50%
Court Claim Number:13

CLAIM: 66,650.31
COMMENT:  CL13GOV@PIF*1819/PL@LTCD*BGN 1/20*DK!*FR NATIONSTAR-DOC 42

CRED DESC:  MORTGAGE PAID IN FULL
ACCOUNT NO.: 2735

---

**PA DEPARTMENT OF LABOR & INDUSTRY (PA U**
OFFICE OF UC TAX SERVICES-COLLECTION SU
651 BOAS ST - RM 924

HARRISBURG, PA  17121

Trustee Claim Number:6   INT %: 0.00%
Court Claim Number:

CLAIM: 4,166.00
COMMENT:  0%/CONF*$@12%/PL*16-19/PL*16,17,18/SCH

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.:

---

**INTERNAL REVENUE SERVICE***
CENTRALIZED INSOLVENCY-TRUSTEE REMITS
PO BOX 7317

PHILADELPHIA, PA  19101-7317

Trustee Claim Number:7   INT %: 0.00%
Court Claim Number:22

CLAIM: 7,052.00
COMMENT:  0%/CONF*12982.47@6%/PL*16-19/PL*16,17,18/SCH*LATE*TIMELY/OE

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.: 8105

---

**PA DEPARTMENT OF REVENUE***
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ

HARRISBURG, PA  17128

Trustee Claim Number:8   INT %: 0.00%
Court Claim Number:23

CLAIM: 2,484.44
COMMENT:  0%/CONF*15691@6%/PL*16-19/PL*SALES TX*DK*LATE

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.: 8611

---

**CITY & SCH DIST OF PGH(OCC TX)**
% DEPT OF FINANCE-ATTN P KELLY
CITY COUNTY BUILDING 1ST FL

PITTSBURGH, PA  15219

Trustee Claim Number:9   INT %: 0.00%
Court Claim Number:

CLAIM: 3,000.00
COMMENT:  0%/CONF*$@6%/PL*16-19/PL*16,17,18~@CLTR JORDAN/SCH

CRED DESC:  PRIORITY CREDITOR
ACCOUNT NO.:

---

**2414 MORGAN DEVELOPMENT**
215 N HIGHLAND AVE

PITTSBURGH, PA  15206

Trustee Claim Number:10   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT:  NO$~AP RHODES LLP/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.:

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AMERICAN EXPRESS** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 981537 | Court Claim Number: | ACCOUNT NO.:  0413 |
| | CLAIM:  0.00 | |
| EL PASO, TX  79998 | COMMENT: | |
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:7 | ACCOUNT NO.:  1004 |
| PO BOX 3001 | CLAIM:  17,649.47 | |
| MALVERN, PA  19355-0701 | COMMENT: | |
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:8 | ACCOUNT NO.:  1007 |
| PO BOX 3001 | CLAIM:  1,188.36 | |
| MALVERN, PA  19355-0701 | COMMENT: | |
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:11 | ACCOUNT NO.:  7118 |
| | CLAIM:  20,994.04 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:10 | ACCOUNT NO.:  8497 |
| | CLAIM:  6,489.41 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |
| **BANK OF AMERICA NA\*\*** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:12 | ACCOUNT NO.:  6726 |
| | CLAIM:  13,136.77 | |
| WILMINGTON, DE  19886-5102 | COMMENT:  INSUFF POD*LTR DONE | |
| **CHASE CARD SERVICES\*\*** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR/SCH | |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:6 | ACCOUNT NO.:  4932 |
| PO BOX 15368 | CLAIM:  6,095.31 | |
| WILMINGTON, DE  19850 | COMMENT: | |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK NA | Court Claim Number:5 | ACCOUNT NO.:  3514 |
| PO BOX 15368 | CLAIM:  4,655.53 | |
| WILMINGTON, DE  19850 | COMMENT: | |
| **CHASE CARD SERVICES\*\*** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  0424 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITIBANK NA\*\*** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:18 | ACCOUNT NO.: 6424 |
| | CLAIM: 2,584.06 | |
| LOUISVILLE, KY 50325-3439 | COMMENT: SEARS | |

| | | |
|---|---|---|
| **CITIBANK NA\*\*** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:17 | ACCOUNT NO.: 9527 |
| | CLAIM: 1,247.85 | |
| LOUISVILLE, KY 50325-3439 | COMMENT: THD | |

| | | |
|---|---|---|
| **CITIZENS BANK NA\*\*** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:2 | ACCOUNT NO.: 4737 |
| | CLAIM: 5,997.34 | |
| JOHNSTON, RI 02919 | COMMENT: X9919/SCH | |

| | | |
|---|---|---|
| **CITIZENS BANK(\*)** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.: 5599 |
| | CLAIM: 0.00 | |
| RIVERSIDE, RI 02915 | COMMENT: | |

| | | |
|---|---|---|
| **COLOR ME MINE** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3722 SAN FERNANDO RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| GLENDALE, CA 91204 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\*** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:14 | ACCOUNT NO.: 4355 |
| | CLAIM: 1,918.98 | |
| CHICAGO, IL 60677-2813 | COMMENT: SYNCHRONY\*SCORE REWARDS\*REF 3533059687 | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(\*)** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1620 DODGE ST STOP 3106\* | Court Claim Number:3 | ACCOUNT NO.: 9235 |
| | CLAIM: 1,266.52 | |
| OMAHA, NE 68197-3106 | COMMENT: FIAT | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6000 | Court Claim Number: | ACCOUNT NO.: 2214 |
| | CLAIM: 0.00 | |
| BROOKINGS, SD 57006 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **KEYBANK NA\*\*** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94968 | Court Claim Number:1 | ACCOUNT NO.: 8959 |
| | CLAIM: 22,725.48 | |
| CLEVELAND, OH 44101 | COMMENT: | |

| | | |
|---|---|---|
| **KEYBANK NA\*\*** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 94968 | Court Claim Number:16 | ACCOUNT NO.: 6283 |
| | CLAIM: 37,058.08 | |
| CLEVELAND, OH 44101 | COMMENT: UNS/OE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LANDO WEISBERG KELLY AND CO PC** | Trustee Claim Number:31 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6315 FORBES AVE STE L126 | Court Claim Number:4 | ACCOUNT NO.: |
| | CLAIM:  691.89 | |
| PITTSBURGH, PA  15217 | COMMENT:  NO NUM/SCH*INSUFF POD~TAX PREP SERVICES | |

| | | |
|---|---|---|
| **PHLF** | Trustee Claim Number:32 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 100 WEST STATION SQ CAPITAL CORP | Court Claim Number: | ACCOUNT NO.:  9210 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219-1186 | COMMENT:  NO$~SPOTMOUTH/SCH | |

| | | |
|---|---|---|
| **PHLF** | Trustee Claim Number:33 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 100 WEST STATION SQ CAPITAL CORP | Court Claim Number: | ACCOUNT NO.:  9206 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219-1186 | COMMENT:  NO$~SPOTMOUTH/SCH | |

| | | |
|---|---|---|
| **RBS CITIZENS NA(*)** | Trustee Claim Number:34 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.:  4737 |
| MAILSTOP ROP15B | | |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT: | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:35 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:21 | ACCOUNT NO.:  9316 |
| PO BOX 41031 | | |
| | CLAIM:  470.94 | |
| NORFOLK, VA  23541 | COMMENT:  GOOGLE STORE | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:36 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:20 | ACCOUNT NO.:  6819 |
| PO BOX 41031 | | |
| | CLAIM:  3,007.08 | |
| NORFOLK, VA  23541 | COMMENT:  PPC | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:37 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  4355 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~CARE CREDIT/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:38 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:15 | ACCOUNT NO.:  2800 |
| | CLAIM:  2,089.02 | |
| CHICAGO, IL  60677-2813 | COMMENT:  SYNCHRONY*TJX*REF 3533054720 | |

| | | |
|---|---|---|
| **UNIVERSITY OF PITTSBURGH** | Trustee Claim Number:39 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| STUDENT LOANS & SPECIAL ACCTS. | Court Claim Number: | ACCOUNT NO.: |
| 127 THACKERAY HALL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15260 | COMMENT: | |

| | | |
|---|---|---|
| **GREAT LAKES HIGHER ED CORP** | Trustee Claim Number:40 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2401 INTERNATIONAL LN | Court Claim Number: | ACCOUNT NO.:  8581 |
| | CLAIM:  0.00 | |
| MADISON, WI  53704 | COMMENT:  USDOE/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AP RHODES LLC** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1434 GREYSTONE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15206 | COMMENT:  /SCH H | |

| | | |
|---|---|---|
| **SPOTMOUTH LLC** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 1434 GREYSTONE RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15206 | COMMENT:  /SCH H | |

| | | |
|---|---|---|
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 94968 | Court Claim Number:9-2 | ACCOUNT NO.:  1703 |
| | CLAIM:  3,520.92 | |
| CLEVELAND, OH  44101 | COMMENT:  CL9GOV*$0ARRS/PL*AMD | |

| | | |
|---|---|---|
| **MIDFIRST BANK SSB*** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  Post Petition Escrow |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:13 | ACCOUNT NO.:  2735 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  PMT/DECL*PAY/CONF*NT PROV/PL*BGN 1/20*FR NATIONSTAR-DOC 42 | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:19 | ACCOUNT NO.:  0694 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  55.81 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **S JAMES WALLACE ESQ**** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 437 GRANT ST 14TH FL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219-6107 | COMMENT:  PEOPLES/PRAE | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:22 | ACCOUNT NO.:  8105 |
| PO BOX 7317 | | |
| | CLAIM:  1,293.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH*TIMELY/OE*DOC 59 | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  UNSECURED/LATE FILED |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:23 | ACCOUNT NO.:  8292 |
| STRAWBERRY SQ | | |
| | CLAIM:  2,034.86 | |
| HARRISBURG, PA  17128 | COMMENT:  8292/8611*NT/SCH | |