# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 19-24823 |
| **Phillip C. Rhodes** | : **Chapter 13** |
| **Allison M. Rhodes** | : **Judge Carlota M. Bohm** |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **MidFirst Bank** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Phillip C. Rhodes** | : |
| **Allison M. Rhodes** | : |
| | : |
| **Ronda J. Winnecour** | : |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Stephen R. Franks
        Stephen R. Franks, Esquire (0075345)
        Adam B. Hall (323867)
        Edward H. Cahill (0088985)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Stephen R. Franks.
        Contact email is srfranks@manleydeas.com

21-024576_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-24823** |
| **Phillip C. Rhodes** | **Chapter 13** |
| **Allison M. Rhodes** | **Judge Carlota M. Bohm** |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| | |
| **MidFirst Bank** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Phillip C. Rhodes** | |
| **Allison M. Rhodes** | |
| | |
| **Ronda J. Winnecour** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 14, 2021.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Christopher M. Frye, Attorney for Phillip C. Rhodes and Allison M. Rhodes, chris.frye@steidl-steinberg.com

Service by First-Class Mail:
Phillip C. Rhodes and Allison M. Rhodes, 1434 Greystone Drive, Pittsburgh, PA  15206


EXECUTED ON: October 14, 2021

                                       By: /s/ Stephen R. Franks
                                       Signature
                                       Stephen R. Franks, Esquire
                                       Typed Name
                                       P.O. Box 165028, Columbus, OH 43216-5028
                                       Address

21-024576_PS

614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission