IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Phillip C. Rhodes ) | Case No. 19-24823 CMB |
| Allison M. Rhodes, ) | Chapter 13 |
| Debtor(s) ) | Related Docket No. 77-78 |
| ) | |
| Phillip C. Rhodes ) | |
| Allison M. Rhodes, ) | |
| Movant(s) ) | |
| vs. ) | |
| No Respondent(s) ) | |

**CERTIFICATE OF SERVICE OF AMENDED SCHEDULES AND SCHEDULING ORDER**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) November 8, 2021

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S Trustee

Respectfully submitted,

November 8, 2021    /s/ Christopher M. Frye
DATE    Christopher M. Frye, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24823-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Nov  8 17:04:27 EST 2021 | 2414 Morgan Development<br>215 N Highland Ave<br>Pittsburgh, PA 15206-3061 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Amex<br>PO Box 1270<br>Newark, NJ 07101-1270 |
| Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886-5796 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citi/Sears<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Color Me Mine<br>3722 San Fernando Rd<br>Glendale, CA 91204-2919 |
| Department of Labor & Industry<br>Office of Chief Counsel<br>Tenth Floor-Labor and Industry Building<br>651 Boas Street<br>Harrisburg, PA 17121-0750 | Dicks MC<br>Synchrony Bank<br>PO Box 960012<br>Orlando, FL 32896-0012 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | First Bankcard<br>PO Box 2557<br>Omaha, NE 68103-2557 | First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197-0002 |
| First National Bank<br>P.o. Box 3412<br>Omaha, NE 68197-0001 | (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | Stephen Russell Franks<br>Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 |
| Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KeyBank Commericial Loan Dept<br>PO Box 94525<br>Cleveland, OH 44101-4525 | KeyBank N.A. as s/b/m to First Niagara Bank<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 |
| KeyBank, N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Keybank<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Keybank NA<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 |
| Keybank/usb Cc<br>Attn: Bankruptcy<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Lando, Weisberg Kelley & Co., PC<br>6315 Forbes Ave<br>Pittsburgh, PA 15217-1745 | Jill Locnikar<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1955 |
| MidFirst Bank<br>Bankruptcy Department<br>999 NW Grand Boulevard, #110<br>Oklahoma City, OK 73118-6051 | Mr. Cooper<br>350 Highland<br>Houston, TX 77009-6623 | Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9096 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PA Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PHLF<br>100 West Station Square Capital<br>Corporation<br>Pittsburgh, PA 15219-1175 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| Pittsburgh City and School District<br>c/o Jordan Tax Service<br>102 Rahway Road<br>McMurray, PA 15317-3349 | Allison M. Rhodes<br>1434 Greystone Drive<br>Pittsburgh, PA 15206-1158 | Phillip C. Rhodes<br>1434 Greystone Drive<br>Pittsburgh, PA 15206-1158 |
| Syncb/Google<br>Po Box 965022<br>Orlando, FL 32896-5022 | Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/PPC<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/google<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>P.o. Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/TJX<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/TJX<br>Po Box 965015<br>Orlando, FL 32896-5015 | USDOE/GLELSI<br>2401 International Lane<br>Madison, WI 53704-3121 | USDOE/GLELSI<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 |
| United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1956 | University of Pittsburgh<br>127 Thackery Hall<br>Attn: Collections<br>Pittsburgh, PA 15260 | S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | (d)Bank of America<br>Po Box 982238<br>El Paso, TX 79998 | Chase Amazon<br>Cared Member Services<br>PO Box 1423<br>Charlotte, NC 28201-1423 |
| (d)Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 | Citizens Bank<br>PO Box 18290<br>Bridgeport, CT 06601-3290 |
| (d)Citizens Bank<br>PO Box 9665<br>Providence, RI 02940 | (d)Citizens Bank<br>ROP-450<br>PO Box 7000<br>Providence, RI 02940 | (d)Citizens Bank N.A.<br>One Citizens Bank Way<br>JCA115<br>Johnston, RI 02919 |
| First National Bank of Omaha<br>1620 Dodge St., Stop Code 3129<br>Omaha, NE 68197 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | (d)RBS Citizens CC<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604 |
| (d)RBS Citizens Cc<br>1 Citizens Dr.<br>Ms: Rop 15b<br>Riverside, RI 02915 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)MidFirst Bank | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper |
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa.  17128-0946 | End of Label Matrix<br>Mailable recipients   69<br>Bypassed recipients    4<br>Total                 73 | |