## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Phillip C. Rhodes                                            CHAPTER 13
        Allison M. Rhodes
                Debtor(s)                                 BKY. NO. 19-24823 CMB

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                             Respectfully submitted,

                             /s/ Denise Carlon
                             Denise Carlon, Esq. (317226)
                             KML Law Group, P.C.
                             BNY Mellon Independence Center
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106
                             412-430-3594
                             bkgroup@kmllawgroup.com