**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  PHILLIP C. RHODES<br>ALLISON M. RHODES<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>PHILLIP C. RHODES<br>ALLISON M. RHODES<br><br>      Respondents | Case No. 19-24823CMB<br><br>Chapter 13<br><br>Document No. 123 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

    AND NOW, this __9th__ day of __December__ 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Rand Corporation<br>
Attn: Payroll Manager<br>
1776 Main Street<br>
Po Box 2138<br>
Santa Monica, CA 90407-

is hereby ordered to immediately terminate the attachment of the wages of PHILLIP C. RHODES, social security number XXX-XX-8105. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PHILLIP C. RHODES.

BY THE COURT:

_Carlota M. Böhm_
                    dmr

cc: Debtor(s)
    Debtor(s) Attorney

UNITED STATES BANKRUPTCY JUDGE

FILED
12/9/24 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24823-CMB |
| Phillip C. Rhodes | Chapter 13 |
| Allison M. Rhodes | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip C. Rhodes, Allison M. Rhodes, 1434 Greystone Drive, Pittsburgh, PA 15206-1158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 11, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor MidFirst Bank brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Christopher M. Frye | |
| | on behalf of Debtor Phillip C. Rhodes chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Allison M. Rhodes chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Denise Carlon
          on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Jill Locnikar
          on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
          btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
          on behalf of Creditor MidFirst Bank amps@manleydeas.com

TOTAL: 11