Certificate Number: 01721-PAW-DE-039184128

Bankruptcy Case Number: 19-24823



01721-PAW-DE-039184128

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 24, 2024, at 9:36 o'clock PM EST, Phillip Rhodes completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 26, 2024          By:    /s/Noelle Irving

                                   Name:  Noelle Irving

                                   Title: Counselor