Certificate Number: 01721-PAW-DE-039184129

Bankruptcy Case Number: 19-24823



01721-PAW-DE-039184129

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 24, 2024</u>, at <u>9:36</u> o'clock <u>PM EST</u>, <u>Allison Rhodes</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 26, 2024</u>

By:    <u>/s/Noelle Irving</u>

Name:  <u>Noelle Irving</u>

Title:  <u>Counselor</u>