**Fill in this information to identify the case:**

Debtor 1: Phillip C. Rhodes

Debtor 2: Allison M. Rhodes
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number: 19-24823

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** KeyBank N.A. as S/B/M to First Niagara Bank N.A

**Court claim no.** (if known): 9-2

**Last 4 digits** of any number you use to identify the debtor's account: 1 7 0 3

**Property address:** 1434 Greystone Drive
Number    Street

Pittsburgh    PA    15206
City        State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 3 / 1 / 2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Philip　　C.　　Rhodes | Case number (*if known*) 19-24823 |
|---|---|---|
| | First Name　Middle Name　Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☑ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Elliott R Spirakus
Signature

Date 1 / 23 / 2025

Print: Elliott R Spirakus
First Name　Middle Name　Last Name

Title: Senior Specialist

Company: KeyBank N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 4910　Tiedeman Road
Number　Street

Brooklyn　　　OH　44144
City　　　State　ZIP Code

Contact phone ( 866 ) 325 – 9723

Email: BK_SPECIALISTS@KEYBANK.COM

Form 4100R　　　　Response to Notice of Final Cure Payment　　　　page 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Phillip C. Rhodes  
      Allison M. Rhodes,

Case No. 19-24823

Chapter 13

Debtor(s).

### CERTIFICATE OF SERVICE

      I hereby certify that on 1/23/2025 I electronically filed a Response to Notice of Final Cure with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney  
Christopher M. Frye

Trustee  
Ronda J. Winnecour

      And, I hereby certify that I have mailed via the United States Postal Service the Response to Notice of Final Cure to the following non CM/ECF participants:

Debtor  
Phillip C. Rhodes  
Allison M. Rhodes  
1434 Greystone Drive  
Pittsburgh, PA 15206

/s/Elliott R Spirakus  
Bankruptcy Specialist  
KeyBank N.A.