IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Phillip C. Rhodes** | ) | **Case No. 19-24823-CMB** |
| **Allison M. Rhodes,** | ) | **Chapter 13** |
|     **Debtor(s)** | ) | |
| | ) | **Docket No.** |
| | ) | |
| **Phillip C. Rhodes** | ) | |
| **Allison M. Rhodes,** | ) | |
|     **Movant(s)** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **No Respondent(s)** | ) | |
| | ) | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 2, 2025 at docket number 132 and 133, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                   Respectfully submitted,

January 29, 2025                                  /s/ Christopher M. Frye
DATE                                                     Christopher M. Frye, Esquire
                                                             Attorney for the Debtor(s)
                                                             STEIDL & STEINBERG
                                                             436 Seventh Avenue
                                                             Suite 322
                                                             Pittsburgh, PA  15219
                                                             (412) 391-8000
                                                             chris.frye@steidl-steinberg.com
                                                             PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**