IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PHILLIP C. RHODES
ALLISON M. RHODES
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-24823

Chapter 13

Document No.: 137

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __21st__ day of __March__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/21/25 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE   dmr

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24823-CMB |
| Phillip C. Rhodes | Chapter 13 |
| Allison M. Rhodes | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip C. Rhodes, Allison M. Rhodes, 1434 Greystone Drive, Pittsburgh, PA 15206-1158 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 15172803 | + | 2414 Morgan Development, 215 N Highland Ave, Pittsburgh, PA 15206-3061 |
| 15172828 | + | Color Me Mine, 3722 San Fernando Rd, Glendale, CA 91204-2919 |
| 15172836 | | KeyBank Commerical Loan Dept, PO Box 94525, Cleveland, OH 44101-4525 |
| 15172839 | + | Lando, Weisberg Kelley & Co., PC, 6315 Forbes Ave, Pittsburgh, PA 15217-1745 |
| 15172843 | + | PHLF, 100 West Station Square Capital, Corporation, Pittsburgh, PA 15219-1175 |
| 15172856 | | University of Pittsburgh, 127 Thackery Hall, Attn: Collections, Pittsburgh, PA 15260 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Mar 22 2025 00:44:34 | KeyBank N.A. as s/b/m to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2025 01:04:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2025 01:04:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 22 2025 00:46:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2025 00:53:24 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15191532 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2025 00:53:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15172807 | + | Email/PDF: bncnotices@becket-lee.com | Mar 22 2025 00:53:49 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15172804 | + | Email/PDF: bncnotices@becket-lee.com | Mar 22 2025 00:53:49 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15172806 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2025 01:04:34 | Amex, PO Box 1270, Newark, NJ 07101-1270 |
| 15172808 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 22 2025 00:46:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15172810 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 22 2025 00:46:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 15172811 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 22 2025 00:46:00 | Bank of America, 4909 Savarese Circle, |

Case 19-24823-CMB    Doc 143    Filed 03/23/25    Entered 03/24/25 00:26:04    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 69 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15196259 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 22 2025 00:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15172827 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 22 2025 00:46:00 | Citizens Bank, PO Box 18290, Bridgeport, CT 06601-3290 |
| 15172825 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 22 2025 00:46:00 | Citizens Bank, PO Box 9665, Providence, RI 02940 |
| 15172826 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 22 2025 00:46:00 | Citizens Bank, ROP-450, PO Box 7000, Providence, RI 02940 |
| 15179721 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 22 2025 00:46:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15172846 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 22 2025 00:46:00 | RBS Citizens CC, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 15172847 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 22 2025 00:46:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15172814 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2025 00:54:18 | Chase Amazon, Cared Member Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 15172815 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2025 01:04:34 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15172818 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2025 00:53:44 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15172821 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2025 01:04:41 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15172822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2025 00:53:48 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15203106 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2025 00:53:25 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15172824 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2025 00:53:24 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15172823 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2025 00:53:48 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15172829 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 22 2025 00:46:00 | Department of Labor & Industry, Office of Chief Counsel, Tenth Floor-Labor and Industry Building, 651 Boas Street, Harrisburg, PA 17121-0750 |
| 15172830 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:26 | Dicks MC, Synchrony Bank, PO Box 960012, Orlando, FL 32896-0012 |
| 15203269 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 22 2025 00:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15172831 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 22 2025 00:46:00 | First Bankcard, PO Box 2557, Omaha, NE 68103-2557 |
| 15172833 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 22 2025 00:46:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15172832 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 22 2025 00:46:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 15181037 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 22 2025 00:46:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3129, Omaha, NE 68197 |
| 15172834 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2025 00:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15200585 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 22 2025 00:46:00 | Jefferson Capital Systems LLC, Po Box 7999, |

Case 19-24823-CMB   Doc 143   Filed 03/23/25   Entered 03/24/25 00:26:04   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 69 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 15188152 | + | Email/Text: RASEBN@raslg.com | Mar 22 2025 00:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15177322 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 22 2025 00:46:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15172835 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 22 2025 00:46:00 | Keybank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15172837 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 22 2025 00:46:00 | Keybank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15172838 | ^ | MEBN | Mar 22 2025 00:44:42 | Keybank/usb Cc, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15266743 | + | Email/Text: bkmail@midfirst.com | Mar 22 2025 00:46:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15172840 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2025 00:46:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15172841 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2025 00:46:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 15198190 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2025 00:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15172842 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2025 00:46:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15548647 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2025 01:04:50 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15391460 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2025 00:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15172845 | ^ | MEBN | Mar 22 2025 00:45:05 | Pittsburgh City and School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 16469852 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2025 00:53:23 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15172848 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:24 | Syncb/Google, Po Box 965022, Orlando, FL 32896-5022 |
| 15172850 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:51 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15172851 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:24 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15172849 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:54:07 | Syncb/google, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15173467 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2025 00:54:15 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15172853 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15172852 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:54:22 | Synchrony Bank/Care Credit, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15172854 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:45 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15172855 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:41 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 15172858 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 22 2025 00:46:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15172857 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 22 2025 00:46:00 | USDOE/GLELSI, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 61

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15191534 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15172805 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15172813 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15172809 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15172812 | *+ | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15172816 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15172817 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15172819 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15172820 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15172844 | *+ | PHLF, 100 West Station Square Capital, Corporation, Pittsburgh, PA 15219-1175 |
| 15203339 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor MidFirst Bank brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Christopher M. Frye | on behalf of Debtor Phillip C. Rhodes chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Allison M. Rhodes chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmei |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 69 |

    ster@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor MidFirst Bank amps@manleydeas.com

TOTAL: 11